Heller Candy Company, Inc., Appellant, v. 385 Gerard Avenue Realty Corp., Respondent.

Argued November 14, 1955; decided December 28, 1955.

*Martin L. Conrad, Harry Schneider* and *Irving J. Galpeer* for appellant.

*Leon M. Labes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.